In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00149-CV

_____

IN RE LATITIA ADELLE JOHNSON BARNARD

_____

Original Proceeding

_____

MEMORANDUM OPINION

In a mandamus petition, Latitia Adelle Johnson Barnard seeks to compel the trial court to vacate temporary orders in a pending suit for modification of the parent-child relationship.[1] *See In re Derzapf*, 219 S.W.3d 327, 334-35 (Tex. 2007); *In re Lemons*, 47 S.W.3d 202, 203-04 (Tex. App.—Beaumont 2001, orig. proceeding). Relator contends the trial court abused its discretion by changing the designation of the person who has the exclusive right to designate the primary residence of the children. *See* Tex. Fam. Code Ann. § 156.006 (West Supp. 2012).

_____

[1]Relator and her former spouse, Julius Marion Barnard III, have both petitioned to modify the custody provisions of their 2008 divorce decree. The real party in interest has also petitioned to terminate relator's parental rights.

1

Relator also seeks to compel the trial court to decline to exercise jurisdiction and transfer the case to a Louisiana court that has denied relator's request for a protective order and deferred to the Texas court. *See* Tex. Fam. Code Ann. § 152.207 (West 2008).

After reviewing the mandamus record and considering the arguments presented in the petition and the response, we conclude relator has not shown that she is entitled to the relief she has sought. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on April 10, 2013
Opinion Delivered April 25, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.

2